Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Derek Malone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEREK MALONE,<br><br>　　　　　Defendant | No. CR 11-0657<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE** |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set for a status conference on August 9, 2012 at 9:00 A.M. By this stipulation, the parties are jointly requesting that the hearing be moved to September 13, 2012 at 9:00 AM.

2. A continuance of this matter is necessary for the effective preparation of defense counsel. Discovery and investigation in this case is ongoing and additional time is necessary to complete the discovery process. In addition, counsel for Mr. Malone has

-1-

been unavailable in recent days due to family matters in southern California. The government does not oppose Mr. Malone's request for a continuance of the status conference.

    4.    For the above reason, the parties jointly request that the status conference hearing set for August 9 be vacated, and that the hearing be continued to September 13, 2012 at 9:00 AM, and that the time between August 8 and September 13, 2012 be excluded from the speedy trial act for continuity and the effective preparation of counsel.

Respectfully submitted,

Dated: August 7, 2012    By:_____/s/_____
    PETER A. LEEMING,
Attorney for DEREK MALONE

   /s/ *Grant Fondo,*
Grant Fondo,
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____    _____
Hon. D. Lowell Jensen
United States District Judge