Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Derek Malone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0657 |
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER CONTINUING STATUS CONFERENCE** |
| DEREK MALONE, | |
| Defendant | |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set for a status conference on September 13, 2012 at 9:00 A.M. By this stipulation, the parties are jointly requesting that the hearing be moved to October 11, 2012 at 9:00 AM.

2. A continuance of this matter is necessary for continuity of counsel the effective preparation of defense counsel. Counsel for Mr. Malone was scheduled to begin a five defendant state court homicide preliminary hearing on Monday, September

10, 2011 (People v. Valencia, et al).  However, counsel for one of the co-defendants in that matter, Mr. Jack Gordon, was ordered to begin a different state court homicide preliminary hearing in Santa Clara County on September 10, 2012.  Therefore the judge in the Valencia case ordered that case to trail Mr. Gordon's matter.  The Valencia preliminary hearing is now scheduled to begin on September 13, 2012.  The government does not oppose Mr. Malone's request for a continuance of the status conference.

4. For the above reason, the parties jointly request that the status conference hearing set for September 13, 2012 be vacated, and that the hearing be continued to October 11, 2012 at 9:00 AM, and that the time between September 13 and October 11, 2012 be excluded from the speedy trial act for continuity and the effective preparation of counsel.

Respectfully submitted,

Dated: Sept. 12, 2012        By:_____/s/_____
                             PETER A. LEEMING,
                             Attorney for DEREK MALONE



                             _/s/ Grant Fondo,_
                             Grant Fondo,
                             Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____         _____
                             Hon. D. Lowell Jensen
                             United States District Judge