Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Derek Malone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK MALONE,<br><br>Defendant | No. CR 11-0657/FNL<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE** |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set for a status conference on January 24, 2013 at 9:00 A.M. By this stipulation, the parties are jointly requesting that the hearing be moved to March 14, 2013 at 9:00 AM.

2. A continuance of this matter is necessary for the effective preparation of defense counsel. Discovery and investigation in this case is ongoing and additional time is necessary to complete the discovery process. The parties are in the process of

continuing to negotiate a settlement of this matter, and are hopeful that this process can be accomplished by the proposed date.

4. For the above reason, the parties jointly request that the status conference hearing set for January 28, 2013 be vacated, and that the hearing be continued to March 14, 2013, at 9:00 AM, and that the time between January 28 and March 14, 2013 be excluded from the speedy trial act for continuity and the effective preparation of counsel.

Respectfully submitted,

Dated: January 22, 2012    By:_____/s/_____
                             PETER A. LEEMING,
                             Attorney for DEREK MALONE


                            _/s/ Grant Fondo,_
                            Grant Fondo,
                            Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____        _____
                             Hon. D. Lowell Jensen
                             United States District Judge